No. 10–9969.   JONES v. MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 10–9978.   TATRO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 10–9981.   ANDREWS v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 10–9985.   MARTIN v. OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 10–9986.   MARTIN v. PROVINCE, WARDEN.   Ct. Crim. App. Okla.   Certiorari denied.

No. 10–9988.   S. G. v. J. H.   Ct. App. Tex., 9th Dist.   Certiorari denied.

No. 10–9992.   NORTHUP v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 10–10001.   REIS v. FANNIE MAE ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 10–10006.   ESTRADA v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 10–10016.   HERCULES-LOPEZ v. MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 10–10041.   FURROW v. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 10–10043.   GRAVES v. PADULA, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 10–10053.   SCARLETT v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 10–10059.   ELSTER v. CALIFORNIA BOARD OF PAROLE HEARINGS ET AL.   C. A. 9th Cir.   Certiorari denied.